IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                       PLAINTIFF

V.                                    2:08CV00159 JMM

JERRY I. HOUSE AND
ANNIE J. HOUSE,
Husband and Wife                                               DEFENDANTS

## ORDER

The Government has filed a motion for entry of default judgment. However, the Defendants have filed an Answer in this case and, therefore, the Government is not entitled to a default judgment under Rule 55 of the Federal Rules of Civil Procedure. A Clerk's Default was entered in this case on November 10, 2009 in error and is hereby stricken from the record. The Government's motion for default (Docket # 6) is DENIED.

IT IS SO ORDERED this 10th day of November, 2009.

_____
James M. Moody
United States District Judge