

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 1 4 2010

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                          **PLAINTIFF**

v.                          **No.2:08CV-00159 JMM**

**JERRY l. HOUSE AND
ANNIE J. HOUSE,
Husband and Wife**                          **DEFENDANTS**

### ORDER CONFIRMING MARSHAL'S SALE

Now on this day there is presented to the Court the report of sale of Clifton T. Massanelli, United States Marshal for the Eastern District of Arkansas, made pursuant to the judgment entered in the above captioned case on November 12, 2009.  It appears to the satisfaction of the Court that the time, terms and place of said sale were advertised as required by law in a newspaper regularly issued and having general circulation in Phillips County, Arkansas, for four weeks, the last publication being on May 4, 2010, and that the said sale was held at the West Front Door of the Phillips County Courthouse, in Helena, Arkansas, on May 6, 2010, at 9:00 a.m., in conformity with the judgment of this Court.  At such sale Anthony Jackson and Sadie Jackson, bid the sum of $2001.00 and that being the highest and best bid offered, the property was then sold to Anthony Jackson and Sadie Jackson.

IT IS, THEREFORE, ORDERED that the actions of the United States Marshal in advertising and making such sale be, and the same are in all respects, approved by the Court, and the purchase price of $2001.00 less the expense items approved shall be paid to the United States of America, and U.S. Department of Agriculture, Farm Services Agency.  The expense items reported by the United States Marshal in the amount of $321.00 are hereby approved by the

Court.

The Marshal's Deed, submitted with his report of sale, has been approved as evidenced by an order separately entered in conformity with local practice, with copy of the Marshal's Deed attached thereto.  Clifton T. Massanelli , United States Marshal in the Eastern District of Arkansas is directed forthwith to deliver the deed to the purchaser named in his report of sale and that said purchaser be given possession of said property on demand.  The Clerk of this Court is authorized and directed to issue proper writs of assistance upon application therefor, directed to the United States Marshal in the Eastern District of Arkansas, who shall proceed to place the purchaser in possession of the property.

Dated:  9/11 / 10

_____

UNITED STATES DISTRICT JUDGE