FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 1 4 2010

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                              No.2:08CV-00159 JMM

JERRY L. HOUSE AND
ANNIE J. HOUSE,
Husband and Wife                        .                   DEFENDANTS

### ORDER APPROVING MARSHAL'S DEED

On this day, Clifton T. Massanelli, United States Marshal for the Eastern District of Arkansas, produces to the Court his deed to Anthony Jackson and Sadie Jackson, the purchaser of the real property described in said deed, and upon examination of said deed, the same is, in all things, approved. A copy of the Marshal's Deed is attached hereto, and the Clerk of this Court is directed to file one copy of the Marshal's Deed together with this Order.

And the said Clifton T. Massanelli, United States Marshal for the Eastern District of Arkansas acknowledges that he has executed said deed to the purchaser for the consideration and purposes therein mentioned and set forth; and it is ORDERED by the Court that a copy of this order be attached to said deed and certified by the Clerk under the seal of this Court to the end that the same may be entitled to record.

DATED: 9/11/10

U. S. DISTRICT JUDGE