FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 14 2010

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                        PLAINTIFF

v.                        No.2:08CV-00159 JMM

JERRY L. HOUSE AND
ANNIE J. HOUSE,
Husband and Wife                              DEFENDANTS

## ORDER OF DISTRIBUTION

On May 6, 2010, at 9:00 a.m., at the front entrance of the Phillips County Courthouse, Helena, Arkansas, Clifton T. Massanelli, the U.S. Marshal for the Eastern District of Arkansas, offered for sale the lands described in the judgment entered on November 12, 2009. At such sale, Anthony Jackson and Sadie Jackson were the highest and best bidder for the property, and the property was then sold to Anthony Jackson and Sadie Jackson.

On May 6, 2010, the U.S. Marshal received Check No. 2355 for $200.00 from Ground Up Construction (First National Bank) and on May 20, 2010, the U.S. Marshal received Check No. 5510 for $1808.35, from Sadie Jackson totaling $2008.35 (First National Bank) for payment in full. In accordance with the terms of the judgment, it is hereby

**ORDERED** that Clifton T. Massanelli, U.S. Marshal for the Eastern District of Arkansas, transfer out of the above mentioned funds to:

1. United States Marshal Service the amount of $321.00, covering the Service & milage fees;

2. The United States Attorney's Office, EDAR the amount of $569.30, covering the costs incurred in this matter (DCN #'s 4409, 4745 & 4729);

3. The remaining funds of $1,118.05 to be distributed to the U.S. Department of Agriculture, Farm Services Agency, 3201 Federal Building, 700 West Capitol Avenue, Little Rock, AR 72201, and notify Gwendolyn Hodge, Assistant United States Attorney, by sending copy of same.

DATED: 9/11/, 2010

_____
UNITED STATES DISTRICT JUDGE